IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MARGARET ODOM, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:18cv797-MHT |
| | ) | (WO) |
| ALABAMA COOPERATIVE | ) | |
| EXTENSION SYSTEM, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

| | | |
|---|---|---|
| MELANIE ALLEN, SALLIE | ) | |
| HOOKER, And WANDA | ) | |
| CARPENTER, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:18cv1027-MHT |
| | ) | (WO) |
| ALABAMA COOPERATIVE | ) | |
| EXTENSION SYSTEM, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

**JUDGMENT**

The court having been informed that these consolidated cases are now settled, it is the **ORDER**, **JUDGMENT**, and **DECREE** of the court that these consolidated cases are dismissed in their entirety with

prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the cases reinstated or the settlement enforced, should the settlement not be consummated.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 15th day of July, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE